**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ENVTECH, INC., | ) | 3:11-cv-00523-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| TALMOR SUCHARD, SENTRO TECHNOLOGIES, LTD, and SENTRO TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff EnvTech has filed a "Request for Urgent Entry of Injunctive Relief" (#78). In the filing, EnvTech provides evidence that defendant Talmor Suchard has threatened to immediately disclose confidential proprietary and trade secret information belonging to EnvTech. EnvTech maintains that the disclosure of such confidential information would result in irreparable injury to EnvTech. The court concludes on the current record that a temporary restraining order is necessary and pursuant to Federal Rule of Civil Procedure 65 hereby enters a temporary restraining order enjoining and restraining defendant Suchard from sending out or transmitting any letters or other forms of communication to oil

1

refineries disclosing EnvTech's proprietary chemical blends and cleaning processes, or other confidential, proprietary, and trade secret information belonging to EnvTech.  The court will conduct a telephonic hearing on the plaintiff's request for immediate injunctive relief (#78) at 3:30 p.m. on Thursday, November 1, 2012. The issuance of the temporary restraining order shall be conditioned on the posting of a bond by EnvTech in the amount of $500.00.

DATED: This 31st day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

2