**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENVTECH, INC., | 3:11-cv-00523-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| TALMOR SUCHARD, SENTRO TECHNOLOGIES, LTD., and SENTRO TECHNOLOGIES, LLC, | |
| Defendants. | |

Before the court is defendant Sentro Technologies, Ltd.'s ("Sentro") motion to quash service of process due to a lack of personal jurisdiction (#94). Plaintiff has opposed (#99), and Sentro has replied (#102).

The court may order jurisdictional discovery "where pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary." *Boschetto v. Hansing*, 539 F.3d 1011, 1020 (9th Cir. 2008); *Doe v. Unocal Corp.*, 248 F.3d 915, 922 (9th Cir. 2001). Upon review of the pleadings and evidence attached thereto, the court finds that additional discovery is necessary bearing on the question of

1

1 | jurisdiction before the court can decide the motion to quash.
2 | Accordingly, the parties shall have until March 25, 2013, in which
3 | to engage in limited discovery directed toward the facts supporting
4 | plaintiff's claim of personal jurisdiction over Sentro.  Sentro's
5 | motion to quash (#94) is therefore denied without prejudice, to
6 | renew within fifteen days of the close of discovery as set forth
7 | above.  The plaintiff's request for entry of default against Sentro
8 | (#92) is likewise denied without prejudice to renew.
9 |     IT IS SO ORDERED.
10 |     DATED: This 22nd day of January, 2013.

                     _____
                      UNITED STATES DISTRICT JUDGE

2