## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ENVTECH, INC., | ) | 3:11-cv-00523-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 1, 2013 |
| | ) | |
| TALMOR SUCHARD, SENTRO TECHNOLOGIES, LLC, and SENTRO TECHNOLOGIES, LTD, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  Before the court is Plaintiff's Motion for Order to Show Cause (Doc. # 86) and Plaintiff's Motion to Compel Discovery and For Sanctions (Doc. #119).  In view of Judge McKibben's Order (Doc. # 120) vacating his order granting limited discovery on the jurisdictional issue, Plaintiff's motions (Doc. ## 86 and 119) are **DENIED as moot.**

  **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK


                                                            By:         /s/
                                                                  Deputy Clerk