1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ENVTECH, INC., | ) | 3:11-cv-00523-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| TALMOR SUCHARD, SENTRO TECHNOLOGIES, LTD., and SENTRO TECHNOLOGIES, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 14, 2013, plaintiff moved for entry of clerk's default against defendant Sentro Technologies, Ltd. ("Sentro Israel"). On June 17, 2013, the clerk of the court entered Sentro Israel's default. On August 16, 2013, plaintiff moved for default judgment against Sentro Israel. No opposition to the motion has been filed.

Plaintiff's damages attributable to Sentro Israel are intertwined with its damages attributable to the other defendants. Accordingly, the court reserves on its entry of judgment until the trial of this matter or after resolution of any dispositive

1

1  motions. Accordingly, the motion for default judgment (#130) is
2  denied without prejudice, to renew at the time of trial or
3  following the court's determination of any dispositive motions.
4     IT IS SO ORDERED.
5     DATED: This 21st day of October, 2013.

   _____
   UNITED STATES DISTRICT JUDGE

2